Argued June 21, affirmed June 21, 1973

## STATE OF OREGON, *Respondent, v.* LARRY ALLEN STRAIN (No. 39491), *Appellant.*

### 510 P2d 1349

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Doyle L. Schiffman,* District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Brian R. Barnes, Deputy District Attorney, Roseburg.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.